**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Henry W. Jones Jr.** | Social Security number or ITIN   **xxx–xx–6605** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **7   6/20/19** |
| Case number:   **19–33279–KRH** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Henry W. Jones Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3831 Creighton Rd. Richmond, VA 23223 | |
| 4. | **Debtor's attorney** Name and address | Seth Jackson Marks Pagano & Marks, P.C. 4510 S. Laburnum Ave. Richmond, VA 23231 | Contact phone 804–447–1002 Email: smarksster@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Peter J. Barrett Kutak Rock LLP 901 East Byrd Street, Suite 1000 Richmond, VA 23219 | Contact phone (804) 343–5237 Email: peter.barrett@kutakrock.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                      page **1**

Debtor  **Henry W. Jones Jr.**                                                                      Case number **19–33279–KRH**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court: William C. Redden<br><br>Date: June 21, 2019 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 29, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  September 27, 2019** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Debtor  **Henry W. Jones Jr.**                                                                                           Case number **19–33279–KRH**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                 Case No. 19-33279-KRH
Henry W. Jones, Jr.                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: garyl           Page 1 of 2          Date Rcvd: Jun 21, 2019
                              Form ID: 309A         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db              +Henry W. Jones, Jr.,    3831 Creighton Rd.,    Richmond, VA 23223-2246
14908879        +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14908878        +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14908875        +Allergy Partners of Richmond,    14351 Sommerville Court,    Midlothian, VA 23113-6837
14908877        +American Anesthesiology,    1301 Concord Terrace,    Fort Lauderdale, FL 33323-2843
14908880        +BCC Financial Mgmt Services,    3230 W. Commercial Blvd,    Suite 200,
                  Fort Lauderdale, FL 33309-3400
14908881        +Bon Secour Richmond Health Sys,    PO Box 28538,    Henrico, VA 23228-8538
14908885        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
14908886        +Firstsource,    7650 Magna Drive,    Belleville, IL 62223-3366
14908887         Henrico County GDC,    P.O. Box 90775,    4301 E. Parham Road,    Richmond, VA 23273-0775
14908890        +LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
14908889        +Labcorp,    1447 York Court,    Burlington, NC 27215-3361
14908891         Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
14908892        +MedExpress,    PO Box 5508,    Virginia Beach, VA 23471-0508
14908894        +One Hampton Medical,    3475 Momentum Pl,    Chicago, IL 60689-0001
14908895        +OrthoVirginia,    PO Box 17047,    Baltimore, MD 21297-1047
14908896        +Pennymac Loan Services,    Correspondence Unit/Bankruptcy,    Po Box 514387,
                  Los Angeles, CA 90051-4387
14908897        +Richmond Gastroenterology Asso,    107 Wadsworth Drive,    Richmond, VA 23236-4521
14908898        +Solodar & Solodar,    11504 Allecingie Pky,    Richmond, VA 23235-4317
14908899        +Transworld Systems,    P.O. Box 1864,    Santa Rosa, CA 95402-1864
14908900        +United Consumers, Inc.,    P.O. Box 4466,    Woodbridge, VA 22194-4466
14908901        +Virginia Eye Institute,    400 Westhampton Sta,    Richmond, VA 23226-3332
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: smarkssster@gmail.com Jun 22 2019 03:32:12      Seth Jackson Marks,
                  Pagano & Marks, P.C.,    4510 S. Laburnum Ave.,    Richmond, VA  23231
tr              +EDI: QPJBARRETT.COM Jun 22 2019 06:53:00      Peter J. Barrett,    Kutak Rock LLP,
                  901 East Byrd Street, Suite 1000,    Richmond, VA 23219-4071
14908876         EDI: RMCB.COM Jun 22 2019 06:53:00      AMCA,    POB 1235,    Elmsford, NY 10523-0935
14908882        +E-mail/Text: support@bullcityfinancial.com Jun 22 2019 03:35:42
                  Bull City Financial Solutions,    1107 W Main St,    Durham, NC 27701-2028
14908883         EDI: CAPITALONE.COM Jun 22 2019 06:53:00      Capital One,    P.O. Box 85015,
                  Richmond, VA 23285-5015
14908884        +E-mail/Text: crbankruptcy@commrad.com Jun 22 2019 03:35:07      Commonwealth Radiology,
                  1508 Willow Lawn Drive,    Suite 117,    Richmond, VA 23230-3421
14908888        +EDI: IIC9.COM Jun 22 2019 06:53:00      I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,
                  St. Paul, MN 55164-0378
14908893        +E-mail/Text: mmrgbk@miramedrg.com Jun 22 2019 03:34:50      Miramed Revenue Group,
                  Attn: Bankruptcy,    360 East 22nd Street,    Lombard, IL 60148-4924
                                                                           TOTAL: 8
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0422-7                User: garyl                Page 2 of 2                Date Rcvd: Jun 21, 2019
                                    Form ID: 309A              Total Noticed: 30


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Peter J. Barrett    peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com
              Seth Jackson Marks    on behalf of Debtor Henry W. Jones, Jr. smarksster@gmail.com,
               smarks@paganomarks.com;kdodson@paganomarks.com;mfoley@paganomarks.com;pballard@paganomarks.com;bt
               ate@paganomarks.com
                                                                                            TOTAL: 3